NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ARCELORMITTAL STAINLESS BELGIUM N.V.
(NOW KNOWN AS APERAM STAINLESS BELGUIM
N.V.),
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

ALLEGHENY LUDLUM CORPORATION,
*Defendant-Appellee.*

---

2011-1578

---

Appeal from the United States Court of International Trade in case no. 08-CV-0434, Judge Richard K. Eaton.

---

ON MOTION

---

ORDER

The United States moves without opposition for an extension of time, until February 2, 2012, for the appellees to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert S. LaRussa, Esq.
Jeffrey S. Beckington, Esq.
Patricia M. McCarthy, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK